**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **v.**                                         **2:05 CR 19-6**
                                                        **(MAXWELL)**

**THOMAS ALLEN HADDIX,**

        **Defendant.**

<u>**ORDER**</u>

By Order entered July 26, 2005, the Court referred any pre-trial motions to be filed on behalf of either the United States of America or the Defendant in the above-styled criminal action to United States Magistrate Judge John S. Kaull, pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B), and authorized Magistrate Judge Kaull to conduct any necessary hearings in resolving said motions or in preparation for submission of proposed findings of fact and recommendation for disposition.

On December 30, 2005, Defendant filed a Motion in Limine, which motion sought to have excluded from the trial of this matter any evidence concerning an alleged Methamphetamine Lab operated by Defendant and not charged in the indictment. The Government filed a response to Defendant's Motion in Limine on January 9, 2006. The Docket in the above-styled criminal action reflects that a hearing on the Defendant's Motion in Limine was conducted by United States Magistrate Judge John S. Kaull on January 10, 2006. Thereafter, on March 8, 2006, Magistrate Judge Kaull entered his Report And Recommendation, wherein he recommends that the Court deny Defendant's Motion in Limine.

Magistrate Kaull's Report And Recommendation advised the parties, pursuant to 28 U.S.C. § 636(b)(1), that any objections to said Report And Recommendation which were not filed, in writing, with the Clerk of Court within ten (10) days after being served with a copy of said Opinion/Report And Recommendation, were waived. No objections have been filed.

The Court has reviewed the record before it and has conducted a *de novo* review of all matters before Magistrate Judge John S. Kaull in considering Defendant Haddix's Motion in Limine. Based upon its review, it appears to the Court that Magistrate Judge Kaull's Report And Recommendation accurately reflects the law applicable to the facts and circumstances before the Court in the above-styled criminal action. Accordingly, it is

**ORDERED** that the Report And Recommendation entered by United States Magistrate Judge Kaull in the above-styled criminal action be, and the same hereby is, **ACCEPTED** in whole. It is further

**ORDERED** that Defendant Haddix's Motion in Limine be, and the same hereby is, **DENIED** in accordance with the recommendation of Magistrate Judge Kaull.

The Clerk of Court is directed to transmit copies of this order to counsel of record.

**ENTER:** April  25th , 2006

_____**/s/ Robert E. Maxwell**_____
United States District Judge